# Robert Wisniewski

| | |
|---|---|
| **From:** | Robert Wisniewski <rw@rwapc.com> |
| **Sent:** | Tuesday, July 16, 2019 1:08 PM |
| **To:** | jerome.noll@marzec.myfirm.pro |
| **Subject:** | zywolewska v. marzec |
| **Importance:** | High |

Counsel,

Following our telco of a few minutes ago, I am resending the draft of the stipulation previously sent to your colleague, Mr. Galligan. So that there is no misunderstanding, we confirmed that the venue will lie in the EDNY. We were discussing the reservation of all rights, then if you wish to revise the stipulation, please draft the reservation clause such that BOTH sides reserve all the rights.

Regards,

Robert Wisniewski
Here we go again:

WHEREAS Plaintiff filed the instant action (the "Action") on February 28, 2019 in this district; and

WHEREAS the parties wish to transfer the Action in the interest of justice to a more convenient forum for, among other reasons, the convenience of key witnesses and accessibility and location of evidence;

NOW, THEREFORE, IT IS STIPULATED BY counsel for Plaintiff and Defendants that pursuant to 28 U.S.C. §1404(a) this Action be, and it hereby is, transferred to the United States District Court for the Eastern District of New York, and the Clerk of the Court is directed to effectuate the transfer pursuant to the Local Rule 83.1 of this Court.

**ROBERT WISNIEWSKI P.C.**
**Attorneys at Law**

40 Wall Street, Suite 2833
New York, NY 10005
Tel: (212) 267-2101 Fax: (646) 512-5604

*NOTICE OF CONFIDENTIALITY*

This e-mail (and any attachments) constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and is intended solely for the use of the individuals or entities to whom it is addressed. This e-mail may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, you received this e-mail in error and any review, disclosure, dissemination, copying, or use of any information contained in this e-mail (and any attachments) is strictly prohibited and may subject you to criminal or civil penalties. Please delete this e-mail as well as any attachments from your

1

# Robert Wisniewski

**From:** Robert Wisniewski <rw@rwapc.com>
**Sent:** Friday, July 19, 2019 5:44 PM
**To:** 'Brian Galligan'; 'jerome.noll@marzec.myfirm.pro'
**Subject:** URGETN Zywolewska v. Marzec

**Importance:** High

Counsel,

SEE THE ORDER BELOW. CAN YOU PLEASE ONE OF YOU CONTACT ME MONDAY AROUND 11:00AM TO DISCUSS THE JUDGE'S ORDER?

ORDER terminating [24] Letter Motion for Extension of Time to File Response/Reply. It is hereby ORDERED that the parties shall confer and file a joint letter, not to exceed one page, by July 23, 2019, stating either that: (1) they consent to transfer this action to E.D.N.Y. or (2) if the parties are unable to indicate their consent, they shall explain why. It is further ORDERED that the July 23, 2019, 10:30 a.m. conference is adjourned sine die. The Clerk of Court is respectfully directed to close Dkt. No. 24. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 7/19/2019) (cf)


**ROBERT WISNIEWSKI P.C.**
**Attorneys at Law**

40 Wall Street, Suite 2833
New York, NY 10005
Tel: (212) 267-2101 Fax: (646) 512-5604

*NOTICE OF CONFIDENTIALITY*

This e-mail (and any attachments) constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and is intended solely for the use of the individuals or entities to whom it is addressed. This e-mail may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, you received this e-mail in error and any review, disclosure, dissemination, copying, or use of any information contained in this e-mail (and any attachments) is strictly prohibited and may subject you to criminal or civil penalties. Please delete this e-mail as well as any attachments from your system, notify us immediately at office@rwapc.com and/or by telephone at (212) 267-2101, and destroy any hard copy you may have printed. Thank you.

# Robert Wisniewski

| | |
|---|---|
| **From:** | Robert Wisniewski <rw@rwapc.com> |
| **Sent:** | Monday, July 22, 2019 4:06 PM |
| **To:** | 'Brian Galligan'; 'jerome.noll@marzec.myfirm.pro' |
| **Subject:** | Zywolewska v. Marzec |
| **Importance:** | High |

Mr. Galligan and Mr. Noll,

Pursuant to the judge's order, please be kind enough to provide a half a page synopsis of your position, so that I can file both positions tomorrow, as ordered by the judge.
I note my surprise at the bold misstatements of fact that Mr. Galligan made to the court regarding Marzec's business operations in the June 27th letter and the discussions about the transfer of venue in the most recent correspondence.

Sincerely,

Robert Wisniewski


**ROBERT WISNIEWSKI P.C.**
**Attorneys at Law**

40 Wall Street, Suite 2833
New York, NY 10005
Tel: (212) 267-2101 Fax: (646) 512-5604

*NOTICE OF CONFIDENTIALITY*

This e-mail (and any attachments) constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and is intended solely for the use of the individuals or entities to whom it is addressed. This e-mail may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, you received this e-mail in error and any review, disclosure, dissemination, copying, or use of any information contained in this e-mail (and any attachments) is strictly prohibited and may subject you to criminal or civil penalties. Please delete this e-mail as well as any attachments from your system, notify us immediately at office@rwapc.com and/or by telephone at (212) 267-2101, and destroy any hard copy you may have printed. Thank you.

# Robert Wisniewski

| | |
|---|---|
| **From:** | Robert Wisniewski <rw@rwapc.com> |
| **Sent:** | Tuesday, July 23, 2019 2:45 PM |
| **To:** | 'Brian Galligan'; 'jerome.noll@marzec.myfirm.pro' |
| **Subject:** | RE: Zywolewska v. Marzec -- please review before you call me |
| **Attachments:** | 225 Broadway 1.pdf; 225 Broadway 1a.pdf; Exhibit 2.pdf; Exhibit 3.pdf; Exhibit 4.pdf; Exhibit 5.pdf |
| **Importance:** | High |

Dear Mr. Galligan and Mr. Noll,

I am waiting for your call. But before you call me, please review the attachments, pulled off of the internet on 07/18 and 07/19 re: Marzec's continued claims to 225 Broadway address, including the NY Secretary of state, the courts and Google. I MUST HEAR FROM YOU BY 4:00PM OR ELSE I WILL HAVE TO SUBMIT MY OWN PORTION TO THE JUDGE.

Sincerely,

Robert Wisniewski


**ROBERT WISNIEWSKI P.C.**
**Attorneys at Law**

40 Wall Street, Suite 2833
New York, NY 10005
Tel: (212) 267-2101 Fax: (646) 512-5604

***NOTICE OF CONFIDENTIALITY***

This e-mail (and any attachments) constitutes an electronic communication within the
meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and is intended
solely for the use of the individuals or entities to whom it is addressed. This e-mail
may contain information that is privileged, confidential, or otherwise protected from
disclosure. If you are not the intended recipient, you received this e-mail in error and
any review, disclosure, dissemination, copying, or use of any information contained in
this e-mail (and any attachments) is strictly prohibited and may subject you to criminal
or civil penalties. Please delete this e-mail as well as any attachments from your
system, notify us immediately at office@rwapc.com and/or by telephone at (212) 267-2101,
and destroy any hard copy you may have printed. Thank you.

---

**From:** Brian Galligan <brian.galligan@marzec.myfirm.pro>
**Sent:** Tuesday, July 23, 2019 1:04 PM
**To:** Robert Wisniewski <rw@rwapc.com>
**Subject:** RE: Zywolewska v. Marzec

No problem. I was sent into mayhem with the rain and flooding damage commuting back and forth. I should be around shortly, and if not for any reason, my administrator will let you now that I will call you back.

1